# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, a Municipal Corporation,<br><br>                    Plaintiff,<br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-25, inclusive,<br><br>                    Defendants.<br>_____ | Case No. 07cv475 DMS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>\*\*\*<br><br>**SECOND AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[Doc. No. 16] |

The parties filed a joint motion to continue certain dates in the scheduling order. While they are engaged in discovery, the parties anticipate needing more time than what is allowed under the current scheduling order. For good cause shown, the Court **GRANTS** the parties' joint motion and **ORDERS:**

  1.    The parties shall designate their respective experts in writing by ***January 8, 2008***.

  2.    The date for exchange of the supplemental expert designation shall be on or before ***January 25, 2008***.

  3.    The parties shall first exchange their expert reports on or before ***March 3, 2008***.

  4.    The parties shall exchange their rebuttal expert reports on or before ***March 31, 2008.***

1       5.     All discovery, including experts, shall be completed by all parties on or before *April 30, 2008*.

2       6.     All pretrial motions must be filed on or before *June 13, 2008*.

3       7.     ***If*** the parties proceed with a ***bench trial***, they must file a Memoranda of Contentions of Fact and Law on or before *August 29, 2008*.

4       8.     Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *August 29, 2008*.

5       9.     Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before *September 5, 2008*.

6       10.     The Proposed Final Pretrial Conference Order shall be prepared, served and lodged with the Clerk of the Court on or before *September 12, 2008.*

7       11.     The final Pretrial Conference is scheduled on the calendar of Judge Sabraw on *September 19, 2008* at *10:30 a.m.*. **The trial is scheduled to commence on *November 3, 2008 at 9:00 a.m.***

8       12.     All non-conflicting provisions of the Court's July 6, 2007 Scheduling Order and September 10, 2007 First Amended Scheduling Order remain in full force and effect.

**IT IS SO ORDERED.**

DATED: September 26, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge